B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Massachusetts - Eastern Division

In re   **Eric N. Reyburn** _____ ,   Case No. ____**09-20683**____

                                                          Debtor

                                                          Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 12,810,000.00 | | |
| B - Personal Property | Yes | 4 | 2,180,816.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 9 | | 19,476,981.07 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 10 | | 96,468.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 1,046,493.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 49,246.67 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 63,492.81 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| | Total Assets | | 14,990,816.00 | | |
| | | Total Liabilities | | 20,619,943.60 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Massachusetts - Eastern Division

In re     **Eric N. Reyburn** _____ ,     Case No. ____**09-20683**_____

_____ Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Eric N. Reyburn**                                                    , Case No.    **09-20683**
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **204 Garden Street Cambridge, MA** | **Sole Owner** | - | **850,000.00** | **1,610,000.00** |
| **206 Garden Street Cambridge, MA** | **Sole owner** | - | **850,000.00** | **1,798,000.00** |
| **9-11 Hazel Street Cambridge, MA** | **Sole owner** | - | **650,000.00** | **1,094,000.00** |
| **94-96 Alpine Street Cambridge, MA** | **Sole owner** | - | **650,000.00** | **1,018,000.00** |
| **55-57 Elm Street Cambridge, MA** | **Sole owner** | - | **600,000.00** | **912,000.00** |
| **59 - 61 Elm Street Cambridge, MA** | **Sole owner** | - | **600,000.00** | **729,000.00** |
| **95 Prentiss Street Somerville, MA** | **Sole owner** | - | **650,000.00** | **742,000.00** |
| **37 - 39 Porter Road Cambridge, MA** | **Sole owner** | - | **800,000.00** | **1,147,000.00** |
| **48-50 Magoun Street Cambridge, MA** | **Sole owner** | - | **600,000.00** | **702,000.00** |
| **15-17 Muller Street Cambridge, MA** | **Sole owner** | - | **600,000.00** | **881,000.00** |
| **11 Ivy Street Cambridge, MA** | **Sole owner** | - | **600,000.00** | **866,000.00** |
| **204-206 Fayerweather Cambridge, MA** | **Sole owner** | - | **800,000.00** | **1,021,000.00** |

Sub-Total >    **8,250,000.00**    (Total of this page)

____1____    continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Eric N. Reyburn**                                          ,    Case No.    **09-20683**
                                          Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **123 Elm Street Somerville, MA** | **Sole owner** | **-** | **600,000.00** | **622,000.00** |
| **2 Inman Place Cambridge, MA** | **Sole owner** | **-** | **600,000.00** | **674,000.00** |
| **20 Copley Street Cambridge, MA** | **Sole owner** | **-** | **750,000.00** | **887,000.00** |
| **141 Fayerweather Cambridge, MA** | **Sole owner** | **-** | **700,000.00** | **656,000.00** |
| **278 Walden Street Cambridge, MA** | **Sole owner** | **-** | **800,000.00** | **851,000.00** |
| **29-31 Blanch Cambridge, MA** | **Sole owner** | **-** | **500,000.00** | **361,000.00** |
| **159-161 Cush Cambridge, MA** | **Sole owner** | **-** | **550,000.00** | **547,000.00** |
| **1200 Grandview Road Curwensville, PA** | **Sole owner** | **-** | **60,000.00** | **16,000.00** |
| **Legal title to all Massachusetts real estate except 94-96 Alpine Street, Cambridge, MA stands in the name of Eric Reyburn, Trustee of the particular real estate trust holding title to each parcel. Eric Reyburn is the sole beneficiary of each trust.** | | **-** | **0.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **4,560,000.00** | (Total of this page) |
| Total > | **12,810,000.00** |  |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Eric N. Reyburn**                                                      ,    Case No.    **09-20683**
_____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | 2,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cambridge Savings Bank** | - | 14.00 |
| | | **Cambridge Savings Bank** | - | 0.00 |
| | | **Century Bank** | - | 0.00 |
| | | **Bank of America** | - | 0.00 |
| | | **TD Banknorth** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Comcast Cable** | - | 150.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household furnishings and electronics** | - | 7,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books** | - | 300.00 |
| | | **Music cd's and tapes** | - | 100.00 |
| | | **DVD's and VCR tapes** | - | 300.00 |
| | | **Wall art** | - | 300.00 |
| 6.  Wearing apparel. | | **Casual and business clothing** | - | 600.00 |
| 7.  Furs and jewelry. | | **Watches** | - | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Camera** | - | 25.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance policy (no cash surrender value)** | - | 0.00 |

Sub-Total >           **11,789.00**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Eric N. Reyburn**                                              ,   Case No.   **09-20683**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **New World Trade LLC (Not operational; no assets)** | - | 1.00 |
| | | **Ivy Street Properties LLC (Not operational; no assets)** | - | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | - | 29,225.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Sole beneficiary of various real estate trusts; See Schedule A** | - | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **29,227.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Eric N. Reyburn**                                                        ,    Case No.    **09-20683**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential claim against Regus for breach of contract and negligence resulting in damage to New World Trade** | - | 2,000,000.00 |
| | | **Damage claim against Allison Haley and Timothy Hill for damages arising out of breach of lease** | - | 6,200.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1959 Rambler Custom** | - | 2,000.00 |
| | | **1959 Dodge Ram** | - | 800.00 |
| | | **1959 Desoto Fireflight** | - | 2,000.00 |
| | | **1959 Chrysler Imperial** | - | 2,000.00 |
| | | **2008 Dodge Ram 2500** | - | 22,000.00 |
| | | **1998 Cadillac Eldorado** | - | 5,000.00 |
| | | **1963 Rover Laut** | - | 10,000.00 |
| | | **1977 Mercedes 240D** | - | 7,000.00 |
| | | **1959 Ford Thunderbird** | - | 10,000.00 |
| | | **2003 Cadillac Deville** | - | 10,000.00 |
| | | **2004 Dodge Ram 2500** | - | 8,000.00 |
| | | **1959 Cadillac Fleetwood** | - | 15,000.00 |

Sub-Total >    2,100,000.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Eric N. Reyburn**                                                    ,    Case No.    **09-20683**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1959 Porsche 356** | - | 10,000.00 |
| | | **1959 Chrysler Imperial** | - | 5,000.00 |
| | | **1959 Hillman Minx** | - | 2,000.00 |
| | | **1959 Mercedes 220S** | - | 6,000.00 |
| | | **1998 BMW R1200C** | - | 2,500.00 |
| | | **2006 Honda Accord** | - | 9,000.00 |
| | | **2004 Snowbear Trailer** | - | 300.00 |
| | | **2005 Equipment Trailer** | - | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Fixtures and equipment** | - | 3,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >   | 39,800.00 |
|---|---|---|
| | (Total of this page) | |
| | Total >   | 2,180,816.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Eric N. Reyburn**                                        ,    Case No.    **09-20683**
                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **204 Garden Street** | 11 U.S.C. § 522(d)(1) | 10,100.00 | 850,000.00 |
| **Cambridge, MA** | | | |
| **Cash on Hand** | | | |
| **Cash** | 11 U.S.C. § 522(d)(5) | 2,000.00 | 2,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Cambridge Savings Bank** | 11 U.S.C. § 522(d)(5) | 14.00 | 14.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Comcast Cable** | 11 U.S.C. § 522(d)(5) | 150.00 | 150.00 |
| **Household Goods and Furnishings** | | | |
| **Household furnishings and electronics** | 11 U.S.C. § 522(d)(3) | 7,500.00 | 7,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books** | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Music cd's and tapes** | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **DVD's and VCR tapes** | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Wall art** | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Wearing Apparel** | | | |
| **Casual and business clothing** | 11 U.S.C. § 522(d)(3) | 600.00 | 600.00 |
| **Furs and Jewelry** | | | |
| **Watches** | 11 U.S.C. § 522(d)(4) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Camera** | 11 U.S.C. § 522(d)(5) | 25.00 | 25.00 |
| **Interests in Insurance Policies** | | | |
| **Term life insurance policy** | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| **(no cash surrender value)** | | | |
| **Stock and Interests in Businesses** | | | |
| **New World Trade LLC** | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| **(Not operational; no assets)** | | | |
| **Ivy Street Properties LLC** | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| **(Not operational; no assets)** | | | |
| **Accounts Receivable** | | | |
| **Accounts receivable** | 11 U.S.C. § 522(d)(5) | 8,009.00 | 29,225.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Dodge Ram 2500** | 11 U.S.C. § 522(d)(2) | 3,225.00 | 22,000.00 |
| | Total: | 33,125.00 | 913,016.00 |

   __0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Eric N. Reyburn**                                    Case No. _____**09-20683**_____
                                                    ,
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1127131590** <br><br> **America's Servicing Company** <br> **P.O. Box 10388** <br> **Des Moines, IA 50306** | | - | **2006** <br><br> **94-96 Alpine Street** <br> **Cambridge, MA** <br><br> Value $              **650,000.00** | | | | **886,000.00** | **236,000.00** |
| Account No. **1127108945** <br><br> **America's Servicing Company** <br> **P.O. Box 10388** <br> **Des Moines, IA 50306** | | - | **2005** <br><br> **95 Prentiss Street** <br> **Somerville, MA** <br><br> Value $              **650,000.00** | | | | **742,000.00** | **92,000.00** |
| Account No. **1001730440** <br><br> **American Home Mortgage** <br> **P.O. Box 631730** <br> **Irving, TX 75063** | | - | **2007** <br><br> **204 Garden Street** <br> **Cambridge, MA** <br><br> Value $              **850,000.00** | | | | **1,610,000.00** | **760,000.00** |
| Account No. **0021619259** <br><br> **American Home Mortgage** <br> **P.O. Box 631730** <br> **Irving, TX 75063** | | - | **2006** <br><br> **59-61 Elm Street** <br> **Cambridge, MA** <br><br> Value $              **600,000.00** | | | | **729,000.00** | **129,000.00** |

___**8**___ continuation sheets attached

Subtotal
(Total of this page)            **3,967,000.00**            **1,217,000.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Eric N. Reyburn**                                                    ,    Case No.    **09-20683**
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **0021516877**<br><br>**American Home Mortgage**<br>**P.O. Box 631730**<br>**Irving, TX 75063** | - | | | | **2006**<br><br>**2 Inman Place**<br>**Cambridge, MA**<br><br>Value $                    **600,000.00** | | | | **674,000.00** | **74,000.00** |
| Account No.<br><br>**American Home Mortgage**<br>**P.O. Box 631730**<br>**Irving, TX 75063** | - | | | | **2006**<br><br>**141 Fayerweather Street**<br>**Cambridge, MA**<br><br>Value $                    **700,000.00** | | | | **656,000.00** | **0.00** |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 2864**<br>**Transaction Processing**<br>**CT2-515-BB-12**<br>**Hartford, CT 06101** | - | | | | **Receivables**<br>**141 Fayerweather Street**<br>**Cambridge, MA**<br><br>Value $                    **829,225.00** | | | | **999,717.70** | **170,492.70** |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 660576**<br>**Dallas, TX 75266** | - | | | | **Receivables**<br>**278-280 Walden Street,**<br>**Cambridge, MA**<br>**29-31 Blanchard Road**<br>**Cambridge, MA**<br>**159-161 Cushing Street**<br>**Cambridge, MA**<br>**123 Elm Street, Somerville, MA**<br>Value $                  **2,479,225.00** | | | | **475,408.13** | **0.00** |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 2864**<br>**Transaction Processing**<br>**CT2-515-BB-12**<br>**Hartford, CT 06101** | - | | | | **Receivables**<br>**2 Inman Place**<br>**Cambridge, MA**<br><br>Value $                    **629,225.00** | | | | **357,625.47** | **0.00** |

Sheet    **1**    of    **8**    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)           **3,162,751.30**           **244,492.70**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Eric N. Reyburn**                                                                 ,        Case No. ___**09-20683**___
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | J C | | | | | | |
| Account No. **22269978** | | | | | 2007 | | | | | |
| **Bank of America** P.O. Box 5170 Simi Valley, CA 93062 | - | | | | **204-206 Fayerweather Street Cambridge, MA** | | | | | |
| | | | | | Value $            **800,000.00** | | | | **961,000.00** | **161,000.00** |
| Account No. | | | | | 2007 | | | | | |
| **Bank of America** P.O. Box 5170 Simi Valley, CA 93062 | - | | | | **204-206 Fayerweather Street Cambridge, MA** | | | | | |
| | | | | | Value $            **800,000.00** | | | | **60,000.00** | **0.00** |
| Account No. **176218909** | | | | | 2007 | | | | | |
| **Bank of America Home Loans** P.O. Box 5170 Simi Valley, CA 93062 | - | | | | **206 Garden Street Cambridge, MA** | | | | | |
| | | | | | Value $            **850,000.00** | | | | **1,590,000.00** | **740,000.00** |
| Account No. | | | | | 2007 | | | | | |
| **Bank of America Home Loans** P.O. Box 5170 Simi Valley, CA 93062 | - | | | | **206 Garden Street Cambridge, MA** | | | | | |
| | | | | | Value $            **850,000.00** | | | | **208,000.00** | **0.00** |
| Account No. **146397571** | | | | | 2006 | | | | | |
| **Bank of America Home Loans** P.O. Box 5170 Simi Valley, CA 93062 | - | | | | **37-39 Porter Road Cambridge, MA** | | | | | |
| | | | | | Value $            **800,000.00** | | | | **178,000.00** | **0.00** |

Sheet __**2**__ of __**8**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**2,997,000.00** | **901,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Eric N. Reyburn**                                                                ,   Case No. _____**09-20683**_____
                                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **093498999** <br><br> **Bank of America Home Loans** <br> **P.O. Box 5170** <br> **Simi Valley, CA 93062** | | - | | | **2005** <br><br> **11 Ivy Street** <br> **Cambridge, MA** | | | | | |
| | | | | | Value $      **600,000.00** | | | | **678,000.00** | **78,000.00** |
| Account No. <br><br> **Bendett and McHugh, PC** <br> **160 Farmington Avenue** <br> **Farmington, CT 06032** | | - | | | **For notice purposes** | | | | | |
| | | | | | Value $      **0.00** | | | | **0.00** | **0.00** |
| Account No. **1026930367** <br><br> **Chrysler Financial** <br> **P.O. Box 9001921** <br> **Louisville, KY 40290** | | - | | | **2008 Dodge Ram** | | | | | |
| | | | | | Value $      **22,000.00** | | | | **30,933.34** | **8,933.34** |
| Account No. <br><br> **County National Bank** | | - | | | **1999** <br><br> **1200 Grandview Road** <br> **Curwensville, PA** | | | | | |
| | | | | | Value $      **60,000.00** | | | | **16,000.00** | **0.00** |
| Account No. **0359263816** <br><br> **GMAC Mortgage** <br> **P.O. Box 4622** <br> **Waterloo, IA 50704** | | - | | | **2006** <br><br> **15-17 Muller Avenue** <br> **Cambridge, MA** | | | | | |
| | | | | | Value $      **600,000.00** | | | | **225,000.00** | **0.00** |

Sheet __**3**__ of __**8**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal | **949,933.34** | **86,933.34**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   __Eric N. Reyburn_____,   Case No. ___09-20683_____
                                                  Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes | | | | | |
| GMAC Mortgage, LLC c/o Orlans Moran PLLC P.O. Box 962169 Boston, MA 02196 | - | | | | | | | |
| | | | Value $             0.00 | | | | 0.00 | 0.00 |
| Account No. 022022360 | | | 2007 | | | | | |
| H&R Block Mortgage MSN SV-26B P.O. Box 10229 Van Nuys, CA 91410 | - | | 159 - 161 Cushing Street Cambridge, MA | | | | | |
| | | | Value $      550,000.00 | | | | 547,000.00 | 0.00 |
| Account No. | | | 2006 | | | | | |
| Homecomings Financial P.O. Box 205 Waterloo, IA 50704 | - | | 9-11 Hazel Street Cambridge, MA | | | | | |
| | | | Value $      650,000.00 | | | | 931,000.00 | 281,000.00 |
| Account No. 7305681793 | | | 2006 | | | | | |
| Homecomings Financial P.O. Box 205 Waterloo, IA 50704 | - | | 9-11 Hazel Street Cambridge, MA | | | | | |
| | | | Value $      148,836.01 | | | | 163,000.00 | 14,163.99 |
| Account No. 7305681769 | | | 2006 | | | | | |
| Homecomings Financial P.O. Box 205 Waterloo, IA 50704 | - | | 94-96 Alpine Street Cambridge, MA | | | | | |
| | | | Value $      650,000.00 | | | | 132,000.00 | 0.00 |

Sheet __4__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          | 1,773,000.00 | 295,163.99 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Eric N. Reyburn**                                                                 ,    Case No. _____**09-20683**_____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **7427375431** **Homecomings Financial** **P.O. Box 205** **Waterloo, IA 50704** | - | | | **2006** **278 - 282 Walden Street** **Cambridge, MA** Value $ **800,000.00** | | | | **752,000.00** | **0.00** |
| Account No. **7304640659** **Homecomings Financial** **P.O. Box 205** **Waterloo, IA 50704** | - | | | **2006** **278 - 282 Walden Street** **Cambridge, MA** Value $ **800,000.00** | | | | **99,000.00** | **0.00** |
| Account No. **107749422** **Honda Financial Services** **600 Kelly Way** **Holyoke, MA 01040** | X | | J | **2006 Honda Accord** Value $ **9,000.00** | | | | **9,263.85** | **263.85** |
| Account No. **1010672366** **Indymac Bank** **P.O. Box 78826** **Phoenix, AZ 85062** | - | | | **2007** **55-57 Elm Street** **Cambridge, MA** Value $ **600,000.00** | | | | **912,000.00** | **312,000.00** |
| Account No. **1008617522** **Indymac Bank** **P.O. Box 78826** **Phoenix, AZ 85062** | - | | | **2006** **37-39 Porter Road** **Cambridge, MA** Value $ **800,000.00** | | | | **969,000.00** | **169,000.00** |

Sheet __**5**__ of __**8**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**2,741,263.85**    **481,263.85**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Eric N. Reyburn**                                                    ,      Case No.  **09-20683**
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0040080343** <br><br> **Litton Loan Servicing** <br> **4828 Loop Central Drive** <br> **Houston, TX 77081** | - | | **2005** <br><br> **48-50 Magoun Street** <br> **Cambridge, MA** <br><br> Value $        **600,000.00** | | | | **664,000.00** | **64,000.00** |
| Account No. **0040081663** <br><br> **Litton Loan Servicing** <br> **4828 Loop Central Drive** <br> **Houston, TX 77081** | - | | **2005** <br><br> **48-50 Magoun Street** <br> **Cambridge, MA** <br><br> Value $        **600,000.00** | | | | **38,000.00** | **0.00** |
| Account No. **0051519111** <br><br> **Midland Mortgage** <br> **P.O. Box 26648** <br> **Oklahoma City, OK 73126** | - | | **2006** <br><br> **15-17 Muller Avenue** <br> **Cambridge, MA** <br><br> Value $        **600,000.00** | | | | **656,000.00** | **56,000.00** |
| Account No. **4489618330101149** <br><br> **National City** <br> **P.O. Box 856176** <br> **Louisville, KY 40285** | - | | **2005** <br><br> **11 Ivy Street** <br> **Cambridge, MA** <br><br> Value $        **600,000.00** | | | | **188,000.00** | **0.00** |
| Account No. <br><br> **Richard J. Volpe, Esq.** <br> **Bendett & McHugh** <br> **160 Farmington Avenue** <br> **Farmington, CT 06032** | - | | **For notice purposes** <br><br><br> Value $        **0.00** | | | | **0.00** | **0.00** |

Sheet  **6**   of  **8**   continuation sheets attached to          Subtotal          **1,546,000.00**    **120,000.00**
Schedule of Creditors Holding Secured Claims       (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  __Eric N. Reyburn_____,    Case No. ___09-20683_____

                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **2000257586** | | | | | **2006** | | | | | |
| **Saxon Mortgage Services** P.O. Box 163405 Fort Worth, TX 76161 | - | | | | **29-31 Blanchard Road Cambridge, MA** | | | | | |
| | | | | | Value $          **500,000.00** | | | | **361,000.00** | **0.00** |
| Account No. **8245332890** | | | | | **Receivables 2007** | | | | | |
| **TD Banknorth** P.O. Box 5600 Lewiston, ME 04243 | - | | | | | | | | | |
| | | | | | Value $          **29,225.00** | | | | **220,032.58** | **190,807.58** |
| Account No. **004000107595559001** | | | | | **Receivables 2008** | | | | | |
| **TD Banknorth** P.O. Box 5600 Lewiston, ME 04243 | - | | | | | | | | | |
| | | | | | Value $          **29,225.00** | | | | **250,000.00** | **220,775.00** |
| Account No. | | | | | **2007** | | | | | |
| **Wachovia Mortgage** P.O. Box 659558 San Antonio, TX 78265 | - | | | | **20 Copley Street Cambridge, MA** | | | | | |
| | | | | | Value $          **750,000.00** | | | | **887,000.00** | **137,000.00** |
| Account No. **983341** | | | | | **2005** | | | | | |
| **Wilshire Credit Corp.** P.O. Box 8517 Portland, OR 97207 | - | | | | **123 Elm Street Somerville, MA** | | | | | |
| | | | | | Value $          **600,000.00** | | | | **547,000.00** | **0.00** |

Sheet __7__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **2,265,032.58** | **548,582.58** |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Eric N. Reyburn**                                              ,     Case No. ____**09-20683**____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **983340**<br><br>**Wilshire Credit Corp.**<br>**P.O. Box 8517**<br>**Portland, OR 97207** | - | | | **2005**<br><br>**123 Elm Street**<br>**Somerville, MA**<br><br>Value $                **600,000.00** | | | | **75,000.00** | **0.00** |
| Account No.<br><br><br><br> | | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br><br>Value $ | | | | | |

Sheet __**8**__ of __**8**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **75,000.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **19,476,981.07** | **3,894,436.46** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Eric N. Reyburn**                                                              ,        Case No. ___**09-20683**___
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**9**___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **Eric N. Reyburn**                                                ,   Case No.   **09-20683**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Allison Haley**<br>**Timothy Hill**<br>**25 Griswold Street**<br>**Cambridge, MA 02138** | - | | **Return of deposit for 17 Muller Ave., Cambridge, MA** | X | X | X | 2,040.00 | 0.00 | 2,040.00 |
| Account No.<br><br>**Allison Haley**<br>**Timothy Hill**<br>**c/o Mark Haley, Esq.**<br>**395 Danforth Street**<br>**Portland, ME 04102** | - | | **For notice purposes** | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br><br><br> | | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | | |

Sheet __1__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 2,040.00 | 0.00<br>2,040.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re     **Eric N. Reyburn**_____,        Case No.    **09-20683**_____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**City of Cambridge**<br>**Attn:  Louis DePasqualate**<br>**Finance Department**<br>**795 Mass Avenue**<br>**Cambridge, MA 02139** | - | **204 Garden Street**<br>**11/2008 - 11/2009** | | | | | | **2,118.99** | **0.00**<br><br>**2,118.99** |
| Account No.<br><br>**City of Cambridge**<br>**Attn: Louis DePasquale**<br>**Finance Department**<br>**795 Mass Avenue**<br>**Cambridge, MA 02139** | - | **206 Garden Street**<br>**11/2008 - 11/2009** | | | | | | **3,910.44** | **0.00**<br><br>**3,910.44** |
| Account No.<br><br>**City of Cambridge**<br>**Attn:  Louis DePasquale**<br>**795 Mass Avenue**<br>**Cambridge, MA 02139** | - | **202 Garden Street**<br>**11/2008 - 11/2009** | | | | | | **509.94** | **0.00**<br><br>**509.94** |
| Account No.<br><br>**City of Cambridge**<br>**Attn:  Louis DePasquale**<br>**Finance Department**<br>**795 Mass Avenue**<br>**Cambridge, MA 02139** | - | **29-31 Blanchard Road**<br>**11/2008 - 11/2009** | | | | | | **4,716.37** | **0.00**<br><br>**4,716.37** |
| Account No.<br><br>**City of Cambridge**<br>**Attn:  Louis DePasquale**<br>**Finance Department**<br>**795 Mass Avenue**<br>**Cambridge, MA 02139** | - | **204-206 Fayerweather Street**<br>**11/2008 - 11/2009** | | | | | | **4,996.70** | **0.00**<br><br>**4,996.70** |

Sheet  **2**  of  **9**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **0.00** |
| **16,252.44** | **16,252.44** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Eric N. Reyburn**                                                                    ,    Case No.    **09-20683**
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | 48-50 Magoun Street 11/2008 - 11/2009 | | | | | | |
| City of Cambridge Attn: Louis DePasquale Finance Department 795 Mass Avenue Cambridge, MA 02139 | - | | | | | | | | 0.00 |
| | | | | | | | | 4,253.83 | 4,253.83 |
| Account No. | | | 15-17 Muller Avenue 11/2008 -11/2009 | | | | | | |
| City of Cambridge Attn:  Louis DePasquale Finance Department 795 Mass Avenue Cambridge, MA 02139 | - | | | | | | | | 0.00 |
| | | | | | | | | 4,871.32 | 4,871.32 |
| Account No. | | | 280 Walden Street 11/2008 - 11/2009 | | | | | | |
| City of Cambridge Attn: Louis DePasquale Finance Department 795 Mass Avenue Cambridge, MA 02139 | - | | | | | | | | 0.00 |
| | | | | | | | | 6,363.28 | 6,363.28 |
| Account No. | | | 59-61 Elm Street 11/2008 - 11/2009 | | | | | | |
| City of Cambridge Attn: Louis DePasquale Finance Department 795 Mass Avenue Cambridge, MA 02139 | - | | | | | | | | 0.00 |
| | | | | | | | | 4,170.51 | 4,170.51 |
| Account No. | | | 11 Ivy Street 11/2008 - 11/2009 | | | | | | |
| City of Cambridge Attn:  Louis DePasquale Finance Department 795 Mass Avenue Cambridge, MA 02139 | - | | | | | | | | 0.00 |
| | | | | | | | | 3,954.82 | 3,954.82 |

Sheet  **3**   of  **9**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 23,613.76 | 23,613.76 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Eric N. Reyburn**                                                                        ,     Case No.    **09-20683**
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | **20 Copley Street** **11/2008 - 11/2009** | | | | | | | |
| **City of Cambridge** **Attn: Louis DePasquale** **Finance Department** **795 Mass Avenue** **Cambridge, MA 02139** | - | | | | | | | | **0.00** |
| | | | | | | | | 5,931.88 | 5,931.88 |
| Account No. | | **9-11 Hazel Street** **11/2008 - 11/2009** | | | | | | | |
| **City of Cambridge** **Attn:  Louis DePasquale** **Finance Department** **795 Mass Avenue** **Cambridge, MA 02139** | - | | | | | | | | **4,132.36** |
| | | | | | | | | 4,132.36 | 0.00 |
| Account No. | | **159-161 Cushing Street** **11/2008 -11/2009** | | | | | | | |
| **City of Cambridge** **Attn: Louis DePasquale** **Finance Department** **795 Mass Avenue** **Cambridge, MA 02139** | - | | | | | | | | **0.00** |
| | | | | | | | | 4,643.17 | 4,643.17 |
| Account No. | | **2 Inman Place** **11/2008 - 11/2009** | | | | | | | |
| **City of Cambridge** **Attn:  Louis DePasquale** **Finance Department** **795 Mass Avenue** **Cambridge, MA 02139** | - | | | | | | | | **0.00** |
| | | | | | | | | 4,312.23 | 4,312.23 |
| Account No. | | **55 - 57 Elm Street** **11/2008 - 11/2009** | | | | | | | |
| **City of Cambridge** **Attn: Louis DePasquale** **Finance Department** **795 Mass Avenue** **Cambridge, MA 02139** | - | | | | | | | | **0.00** |
| | | | | | | | | 4,150.26 | 4,150.26 |

Sheet **4** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 4,132.36
(Total of this page) | 23,169.90 | 19,037.54

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Eric N. Reyburn**                                                              ,        Case No.    **09-20683**
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 141 Fayerweather Street 11/2008 -11/2009 | | | | | | |
| City of Cambridge Attn: Louis DePasquale Finance Department 795 Mass Avenue Cambridge, MA 02139 | | - | | | | | 4,944.52 | 0.00 | 4,944.52 |
| Account No. | | | 94-96 Alpine Street 11/2008 - 11/2009 | | | | | | |
| City of Cambridge Attn:  Louis DePasquale Finance Department 795 Mass Avenue Cambridge, MA 02139 | | - | | | | | 4,520.14 | 0.00 | 4,520.14 |
| Account No. | | | 37-39 Porter Road 11/2008 - 11/2009 | | | | | | |
| City of Cambridge Attn:  Louis DePasquale Finance Department 795 Mass Avenue Cambridge, MA 02139 | | - | | | | | 5,097.92 | 0.00 | 5,097.92 |
| Account No. | | | 48-50 Magoun Street Water bill | | | | | | |
| City of Cambridge Water Department P.O. Box 399142 Cambridge, MA 02139 | | - | | | | | 938.10 | 0.00 | 938.10 |
| Account No. | | | 141 Fayerweather Street 8/2009 - 11/2009 Water bill | | | | | | |
| City of Cambridge Water Department P.O. Box 399142 Cambridge, MA 02139 | | - | | | | | 128.96 | 0.00 | 128.96 |

Sheet __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 15,629.64 | 15,629.64 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Eric N. Reyburn**                                    , Case No.    **09-20683**
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**City of Cambridge Water Department P.O. Box 399142 Cambridge, MA 02139** | - | | **20 Copley Street Water Bill 8/2009 - 11/2009** | | | | 112.86 | 0.00 | 112.86 |
| Account No. <br><br>**City of Cambridge Water Department P.O. Box 399142 Cambridge, MA 02139** | - | | **9-11 Hazel Street Water bill 8/2009 - 11/2009** | | | | 333.28 | 0.00 | 333.28 |
| Account No. <br><br>**City of Cambridge Water Department P.O. Box 399142 Cambridge, MA 02139** | - | | **94-96 Alpine Street Water Bill 8/2009 - 11/2009** | | | | 519.59 | 0.00 | 519.59 |
| Account No. <br><br>**City of Cambridge Water Department P.O. Box 399142 Cambridge, MA 02139** | - | | **55-57 Elm Street Water bill 8/2009 - 11/2009** | | | | 926.92 | 0.00 | 926.92 |
| Account No. <br><br>**City of Cambridge Water Department P.O. Box 399142 Cambridge, MA 02139** | - | | **59-61 Elm Street Water bill 8/2009 - 11/2009** | | | | 635.62 | 0.00 | 635.62 |

Sheet __6__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 2,528.27 | 2,528.27 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Eric N. Reyburn**_____,    Case No. ____**09-20683**_____
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | | |
| Account No.<br><br>**City of Cambridge Water Department P.O. Box 399142 Cambridge, MA 02139** | - | | | | **2 Inman Street Water bill 8/2009 - 11/2009** | | | | 492.99 | 0.00 | 492.99 |
| Account No.<br><br>**City of Cambridge Water Department P.O. Box 399142 Cambridge, MA 02139** | - | | | | **159-161 Cushing Street Water bill 8/2009 - 11/2009** | | | | 237.90 | 0.00 | 237.90 |
| Account No.<br><br>**City of Cambridge Water Department P.O. Box 399142 Cambridge, MA 02139** | - | | | | **29-31 Blanchard Street Water Bill 8/2009 - 11/2009** | | | | 164.16 | 0.00 | 164.16 |
| Account No.<br><br>**City of Cambridge Water Department P.O. Box 399142 Cambridge, MA 02139** | - | | | | **15-17 Muller Street Water bill 8/2009 - 11/2009** | | | | 402.99 | 0.00 | 402.99 |
| Account No.<br><br>**City of Cambridge Water Department P.O. Box 399142 Cambridge, MA 02139** | - | | | | **278-280-282 Walden Street Water bill 8/2009 - 11/2009** | | | | 362.30 | 0.00 | 362.30 |

Sheet __**7**__ of __**9**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 1,660.34 | 1,660.34 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Eric N. Reyburn** _____,    Case No.    **09-20683** _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | |
| Account No. | | **37-39 Porter Street** Water bill 8/2009 - 11/2009 | | | | | | | |
| **City of Cambridge Water Department** P.O. Box 399142 Cambridge, MA 02139 | - | | | | | | | | 0.00 |
| | | | | | | | | 292.40 | 292.40 |
| Account No. | | **204-206 Fayerweather Street** Water bill 8/2009 - 11/2009 | | | | | | | |
| **City of Cambridge Water Department** P.O. Box 399142 Cambridge, MA 02139 | - | | | | | | | | 0.00 |
| | | | | | | | | 314.20 | 314.20 |
| Account No. | | **204 Garden Street** Water bill 8/2009 - 11/2009 | | | | | | | |
| **City of Cambridge Water Department** P.O. Box 399142 Cambridge, MA 02139 | - | | | | | | | | 0.00 |
| | | | | | | | | 61.56 | 61.56 |
| Account No. | | **206 Garden Street** Water bill 8/2009 - 11/2009 | | | | | | | |
| **City of Cambridge Water Department** P.O. Box 399142 Cambridge, MA 02139 | - | | | | | | | | 0.00 |
| | | | | | | | | 20.52 | 20.52 |
| Account No. | | **11 Ivy Street** Water bill 8/2009 - 11/2009 | | | | | | | |
| **City of Cambridge Water Department** P.O. Box 399142 Cambridge, MA 02139 | - | | | | | | | | 0.00 |
| | | | | | | | | 92.34 | 92.34 |

Sheet  **8**  of  **9**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 781.02 | 781.02 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Eric N. Reyburn**                                                            ,          Case No.    **09-20683**
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Somerville**<br>**Office of Tax Collector**<br>**P.O. Box 197**<br>**Somerville, MA 02143** | - | | **123 Elm Street**<br>**8/2009 - 11/2009** | | | | 5,953.36 | 0.00 | 5,953.36 |
| Account No.<br><br>**City of Somerville**<br>**Office of Tax Collector**<br>**P.O. Box 197**<br>**Somerville, MA 02143** | - | | **95 Prentiss Street**<br>**8/2009 - 11/2009** | | | | 3,027.09 | 0.00 | 3,027.09 |
| Account No.<br><br>**City of Somerville**<br>**Water Department**<br>**P.O. Box 197**<br>**Somerville, MA 02143** | - | | **95 Prentiss Street**<br>**Water bill**<br>**8/2009 - 11/2009** | | | | 731.67 | 0.00 | 731.67 |
| Account No.<br><br>**City of Somerville**<br>**Water Department**<br>**P.O. Box 197**<br>**Somerville, MA 02143** | - | | **123 Elm Street**<br>**Water bill**<br>**8/2009 - 11/2009** | | | | 1,081.41 | 0.00 | 1,081.41 |
| Account No.<br><br><br><br> | | | | | | | | | |

Sheet  **9**  of  **9**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 10,793.53 | 0.00<br>10,793.53 |
| Total<br>(Report on Summary of Schedules) | 96,468.90 | 4,132.36<br>92,336.54 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Eric N. Reyburn**                                                                ,   Case No.   __09-20683__
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4170-0813-7274-2656** <br><br> **Bank of America Visa** <br> **P.O. Box 15710** <br> **Wilmington, DE 19886** | - | | **Revolving credit** | | | | **100,220.78** |
| Account No. <br><br> **Cambridge Savings Bank** <br> **Business Checking** <br> **1374 Massachusetts Avenue** <br> **Cambridge, MA 02138** | - | | **Overdraft Line of Credit** | | | | **24,958.87** |
| Account No. <br><br> **Cambridge Savings Bank** <br> **Personal Account** <br> **1374 Massachusetts Avenue** <br> **Cambridge, MA 02138** | - | | **Overdraft Line of Credit** | | | | **995.05** |
| Account No. **4115-0721-7126-7183** <br><br> **Capital One** <br> **General Correspondence** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130** | - | | **Revolving credit** | | | | **5,737.37** |

__5__  continuation sheets attached

Subtotal
(Total of this page)          **131,912.07**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:26862-091116   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eric N. Reyburn**                                              ,    Case No.    **09-20683**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Century Bank** <br> **Business Account** <br> **P.O. Box 9102** <br> **Medford, MA 02155** | - | | | | **Overdraft Line of Credit** | | | | 7,239.27 |
| Account No. **4320-1610-0243-5571** <br><br> **Chase Amazon Visa** <br> **P.O. Box 151523** <br> **Wilmington, DE 19886** | - | | | | **Revolving credit** | | | | 26,304.55 |
| Account No. **4246-3151-4210-3777** <br><br> **Chase Business Visa** <br> **P.O. Box 151523** <br> **Wilmington, DE 19886** | - | | | | **Revolving credit** | | | | 54,024.28 |
| Account No. **4246-3151-4193-3984** <br><br> **Chase Business Visa** <br> **P.O. Box 151523** <br> **Wilmington, DE 19886** | - | | | | **Revolving credit** | | | | 494.32 |
| Account No. **4246-3151-3946-9074** <br><br> **Chase Business Visa** <br> **P.O. Box 151523** <br> **Wilmington, DE 19886** | - | | | | **Revolving credit** | | | | 156,676.48 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **244,738.90**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eric N. Reyburn**                                          ,    Case No.    **09-20683**
_____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4246-3151-4075-4613** <br><br> **Chase Business Visa** <br> **P.O. Box 151523** <br> **Wilmington, DE 19886** | | - | | Revolving credit | | | | **52,757.60** |
| Account No. **4417-1291-6323-3972** <br><br> **Chase Visa** <br> **P.O. Box 151523** <br> **Wilmington, DE 19886** | | - | | Revolving credit | | | | **62,892.91** |
| Account No. **6011-0010-3015-0025** <br><br> **Discover Card** <br> **P.O. Box 30943** <br> **Salt Lake City, UT 84130** | | - | | Revolving credit | | | | **15,782.13** |
| Account No. **4988-8200-0056-7445** <br><br> **First Equity Visa** <br> **P.O. Box 23029** <br> **Columbus, GA 31902** | | - | | Revolving credit | | | | **26,610.49** |
| Account No. **6035322016803821** <br><br> **Home Depot Credit Services** <br> **P.O. Box 6029** <br> **The Lakes, NV 88901** | | - | | Revolving credit | | | | **39,339.23** |

Sheet no. __**2**__ of __**5**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**197,382.36**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eric N. Reyburn**                                                          ,    Case No. _____**09-20683**_____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035322016481792**<br><br>**Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901** | - | | Revolving credit | | | | 42,310.75 |
| Account No. **6035322020358457**<br><br>**Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901** | - | | Revolving credit | | | | 23,812.10 |
| Account No. **6035320491031124**<br><br>**Home Depot Credit Services**<br>**P.O. Box 653000**<br>**Dallas, TX 75265** | - | | Revolving credit | | | | 14,321.32 |
| Account No. **6035320079504989**<br><br>**Home Depot Credit Services**<br>**P.O. Box 653000**<br>**Dallas, TX 75265** | - | | Revolving credit | | | | 12,934.74 |
| Account No. **5588-8000-0326-8341**<br><br>**Home Depot Credit Services**<br>**P.O. Box 689147**<br>**Des Moines, IA 50368** | - | | Revolving credit | | | | 24,399.77 |

Sheet no. __**3**___ of __**5**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,778.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eric N. Reyburn**                                                    ,        Case No.    **09-20683**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **John Giles Plastering** 8 Ranger Road Natick, MA 01760 | - | | Services 2007 | | | | 14,000.00 |
| Account No. 82131220233865 **Lowes Business Account** P.O. Box 981084 El Paso, TX 79998 | - | | Revolving credit | | | | 31,757.03 |
| Account No. 5218-5310-0636-2520 **PayPal Plus Master Card** P.O. Box 960080 Orlando, FL 32896 | - | | Revolving credit | | | | 4,420.51 |
| Account No. 5329-0208-3211-6785 **Sovereign MasterCard** FIA Card Services P.O. Box 15026 Wilmington, DE 19850 | - | | Revolving credit | | | | 113,820.62 |
| Account No. 08739015780-0001 **Swift Financial** P.O. Box 3023 Milwaukee, WI 53201 | - | | Line of credit 2006 | | | | 89,234.51 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

253,232.67

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eric N. Reyburn**                                                    ,   Case No.   **09-20683**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4856-2002-0952-8036** <br><br> **Wells Fargo Master Card** <br> **P.O. Box 348750** <br> **Sacramento, CA 95834** | | - | Revolving credit | | | | 11,371.41 |
| Account No. **4856-2002-0952-8036** <br><br> **Wells Fargo Visa** <br> **P.O. Box 348750** <br> **Sacramento, CA 95834** | | - | Revolving credit | | | | 25,615.11 |
| Account No. <br><br> **Wilshire Credit Corporation** <br> **P.O. Box 8517** <br> **Portland, OR 97207** | | - | Revolving credit | | | | 64,462.43 |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 101,448.95 |
| | Total (Report on Summary of Schedules) | 1,046,493.63 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Eric N. Reyburn**                                    ,    Case No.    **09-20683**
                                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **See attached list** | |

    **0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

## Unexpired Leases

### 09-20683

| Nature of Contract | Name/Address of Lessee | Monthly Rent | Expiration |
|---|---|---|---|
| Residential lease | Brian and Ed Kelly<br>94 Alpine Street<br>Cambridge MA 02138 | $ 1800.00 | 12/31/2009 |
| Residential lease | Jenn Robertson, Lindsey Palmer<br>55 Elm Street<br>Cambridge MA 02138 | 1466.00 | 8/31/2010 |
| Residential lease | Katya Jarrel, Erin Green, Kate Aboud<br>59 Elm Street<br>Cambridge MA 02139 | 2600.00 | 6/30/2010 |
| Residential lease | Hazel Pearson, Martin Kroher<br>95 Prentiss Street #1<br>Somerville MA 02143 | 1700.00 | 6/30/2010 |
| Residential lease | Shounak Simlai, Jessica McKenna,<br>Yiru Zhao<br>39 Porter Road<br>Cambridge MA 02141 | 2550.00 | 6/30/2010 |
| Residential lease | Zenos Linnel, Chris Wood<br>20 Copley Street #1<br>Cambridge, MA 02138 | 2800.00 | 5/31/2010 |
| Residential lease | Matt Yiengst<br>20 Copley Street #2<br>Cambridge MA 02138 | 2650.00 | 6/30/2010 |
| Residential lease | Kim Yarmouth, Amy Lowell,<br>Laura Di Gangi<br>15 Muller Avenue<br>Cambridge MA 02141 | 2200.00 | 6/30/2010 |
| Residential lease | Brian Truglio, Paula Magnelli<br>17 Muller Avenue<br>Cambridge MA o2141 | 2100.00 | 6/30/2010 |
| Residential lease | Tarik & Laura Solliman<br>11 Ivy Street<br>Cambridge MA 02138 | 3000.00 | 7/31/2010 |
| Residential lease | Brent Rinder<br>123 Elm Street #1<br>Somerville MA 02143 | 2500.00 | 6/30/2010 |

-2-

| | | | |
|---|---|---|---|
| Residential lease | Hendrick Lenfering<br>123 Elm Street #2<br>Somerville MA 02143 | 2300.00 | 7/31/2010 |
| Residential lease | Susanna Noon<br>2 Inman Place "1<br>Cambridge MA 02139 | 1700.00 | 7/31/2010 |
| Residential lease | Laura Pratt, Allison Corwin,<br>Christina Fiorenza<br>2 Inman Place #2<br>Cambridge MA 02139 | 2400.00 | 5/31/2020 |
| Residential lease* | Wil Kaufman<br>141 Fayerweather Street #1<br>Cambridge MA 02138 | 2400.00 | 5/31/2011 |
| Residential lease | Morgan Elk & Jennifer Schoech<br>278 Walden Street<br>Cambridge MA 02138 | 1600.00 | 8/31/2010 |
| Residential lease | Ben Schwartz<br>280 Walden Street<br>Cambridge MA 02138 | 1800.00 | 8/31/2010 |
| Residential lease | Greg Wright<br>282 Walden Street<br>Cambridge MA 02138 | 2000.00 | 8/31/2010 |
| Residential lease | Dana Rich<br>29 Blanchard Road<br>Cambridge MA 02138 | 1900.00 | 8/31/2010 |
| Residential lease | Ryan Correia, J.P. DeHaas,<br>Antonio Alvarez<br>31 Blanchar Road<br>Cambridge MA 02138 | 2000.00 | 8/31/2010 |
| Residential lease | Ramon Alvarez<br>161 Cushing Street<br>Cambridge MA 02138 | 2600.00 | 6/30/2009 |

*Note: Lease for 141 Fayerweather Street commences on 1/01/2010.

Note: Some apartment are tenant at will, therefore no lease is currently in force.

B6H (Official Form 6H) (12/07)

In re    **Eric N. Reyburn** _____,    Case No. ___**09-20683**_____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Rafael Cruz** | **Honda Financial Services**<br>**600 Kelly Way**<br>**Holyoke, MA 01040** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Eric N. Reyburn**                                                    Case No.  **09-20683**

_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Development & Mgt.** | |
| Name of Employer | **Self Employed** | |
| How long employed | **8 years** | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **0.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
| b. Insurance | $ | **0.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **49,246.67** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **49,246.67** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **49,246.67** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **49,246.67** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Income may change as tenants come and go.**

B6J (Official Form 6J) (12/07)

In re  **Eric N. Reyburn**                                          Case No.  **09-20683**

_____                    _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 7,796.19 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:  a. Electricity and heating fuel | | $ | 250.00 |
| b. Water and sewer | | $ | 290.00 |
| c. Telephone | | $ | 0.00 |
| d. Other **Telephone/cable/internet** | | $ | 225.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 250.00 |
| 4. Food | | $ | 200.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 800.00 |
| 8. Transportation (not including car payments) | | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 200.00 |
| 10. Charitable contributions | | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 150.00 |
| b. Life | | $ | 120.00 |
| c. Health | | $ | 1,010.00 |
| d. Auto | | $ | 150.00 |
| e. Other **Business insurance** | | $ | 100.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 967.80 |
| b. Other _____ | | $ | 0.00 |
| c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 50,333.82 |
| 17. Other _____ | | $ | 0.00 |
| Other _____ | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 63,492.81 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 49,246.67 |
| b.    Average monthly expenses from Line 18 above | $ | 63,492.81 |
| c.    Monthly net income (a. minus b.) | $ | -14,246.14 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Massachusetts - Eastern Division

In re    **Eric N. Reyburn**                                                    Case No.    **09-20683**
                                        Debtor(s)           Chapter    **11**


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**40**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date    **December  2, 2009**              Signature    **/s/ Eric N. Reyburn**
                                                          **Eric N. Reyburn**
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Massachusetts - Eastern Division

In re    **Eric N. Reyburn**                                                        Case No.    **09-20683**
                                         Debtor(s)                Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None  ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$622,493.00** | **2009 - Rental income** |
| **$900,541.66** | **2008 - Rental Income, New World Trade** |
| **$1,275,251.78** | **2007 - Rental Income, New World Trade** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached list** | | **$0.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Allison Haley & Timothy Hill vs. Eric Reyburn** | **Tenant Dispute** | **Cambridge Distirct Court** | **Pending** |
| **SC1706-09** | | | |
| **Various Land Court actions on various properties in Massachusetts.** | | | |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Eric N. Reyburn** vs. **Deutsche Bank National Trust Co.** | **Injunctive Relief** | **Middlesex Superior Court** | **Pending** |

**09-04283**

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Stephen E. Shamban, Esq.** **Stephen E. Shamban Law Offices, P.C.** **P.O. Box 850973** **222 Forbes Road** **Braintree, MA 02185** | **10/20/09  - New World Trade** **11/4/09 - New World Trade** | **$6,039.00** **$15,000.00** |
| **Money Management International** | **10/31/09** | **$50.00** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Various properties transferred into various real estate trusts in 2008.** | | **See Schedule A.** **Bank of America was granted mortgages on 2 Inman Place, 278-280 Walden Street, 29-31 Blanchard Road and 159-161 Cushing Street, all of Cambridge MA and 123 Elm Street, Somerville in 2008 as additional security for loans secured by accounts receivable to d/b/a New World Trade.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **New World Trade** | **159527851** | **124 Mt. Auburn Street Cambridge, MA 02138** | **Business Security Consultants** | **1/31/1990 - present** |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Debtor**

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS
**Debtor**

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED
**Bank of America**                             **6/2008**

**TD Banknorth**                                **12/2007**

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                     (Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                               NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __December  2, 2009_____          Signature  __/s/ Eric N. Reyburn_____
                                                                   __Eric N. Reyburn__
                                                                   Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

-2-

| | | | |
|---|---|---|---|
| Home Depot Credit Services | 2,360.00 | 6035322016481792 | Unsecured |
| Home Depot Credit Services | 5,207.00 | 6035322020358457 | Unsecured |
| Home Depot Credit Services<br>P.O. Box 653000<br>Dallas TX 75265-3000 | $  148.00 | 6035320491031124 | Unsecured |
| Home Depot Credit Services | 30.00 | 6035320079504989 | Unsecured |
| Home Depot Credit Services<br>P.O. Box 689147<br>Des Moines IA 689147 | 1,938.00 | 5588800003268341 | Unsecured |
| Lowes Business Account<br>P.O. Box 981084<br>El Paso, TX 79998-1064 | 4,075.00 | 82131220233865 | Unsecured |
| Chrysler Financial<br>P.O. Box 9001921<br>Louisville KY 40290-1921 | 2,158.00 | 1026930367 | 2008 Dodge Ram |
| Capital One<br>General Correspondence<br>P.O. Box 30285<br>Salt Lake City<br>UT 84130-0285 | 5,737.37 | 4115072171267183 | Unsecured |
| Cambridge Savings Bank<br>Overdraft Line of Credit<br>Business Checking<br>1374 Massachusetts Avenue<br>Cambridge MA 02138-3830 | 538.00 | 634824405 | Unsecured |
| Cambridge Savings Bank<br>Overdraft Line of Credit<br>Personal Account<br>1374 Massachusetts Avenue<br>Cambridge MA 02138-3830 | 833.03 | 857690571 | Unsecured |
| Century Bank<br>Overdraft Line of Credit<br>Business Account<br>P.O. Box9102<br>Medford MA 02155 | 793.41 | 21371393 | Unsecured |
| John Giles Plastering<br>8 Ranger Road<br>Natick, MA 01760-3210 | 5,000.00 | n/a | Unsecured |

-3-

| | | | |
|---|---|---|---|
| County National Bank<br>P.O. Box 42<br>1 South Second Street<br>Clearfield PA 16830 | 1,428.36 | 00000418277 | 1200 Grandview Road<br>Curwensville PA 16833 |
| Masse Hardware<br>249 Walden Street<br>Cambridge MA 02140 | 336.59 | | |
| Honda Financial Services<br>600 Kelly Way<br>Holyoke MA 01040-9681 | 745.65 | 107749422 | 2006 Honda Accord |

STATEMENT OF FINANCIAL AFFAIRS

QUESTION 3 b

## Payments Made to Creditors
## 8/2009-10/2009
## 09-20683

| Name/Address /Creditor | 90 Days Payments | Account # | Secured By |
|---|---|---|---|
| Bank of America P.O. Box 2864 Transaction Processing CT2-515-BB-12 Hartford, CT 06101-8715 | $ 7,317.38 | 00-0006620-0/273 | Receivables |
| Bank of America P.O. Box 660576 Dallas TX 75266-0576 | 28,588.41 | 17-666200/307 | Receivables |
| Bank of America P.O. Box 2864 Transaction Processing CT2-515-BB-12 Hartford, CT 06101-8715 | 19,366.10 | 0000066200/283 | Receivables |
| Sovereign MasterCard FIA Card Services P.O. Box 15026 Wilmington DE 19850-5026 | 6,518.00 | 5329020832116785 | Unsecured |
| Bank of America Visa P.O Box 15710 Wilmington DE 19886-5710 | 2,500.00 | 4170081372742656 | Unsecured |
| Wells Fargo Master Card P.O. Box 348750 Sacramento, CA 95834 | 428.00 | 4856200209528036 | Unsecured |
| Wells Fargo Visa | 314.00 | 4856200209528036 | Unsecured |
| TD Banknorth P.O. Box 5600 Lewiston, ME 04243-5600 | 14,703.66 | 8245332890 | Receivables |
| TD Banknorth | 2,535.41 | 004000107595559001 | Receivables |
| Discover Card P.O. Box 30943 Salt Lake City, UT 84130-0943 | 1,409.00 | 6011001030150025 | Unsecured |
| Home Depot Credit Services P.O. Box 6029 The Lakes, NV 88901-6029 | 1,760.00 | 6035322016803821 | Unsecured |