UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

ERIC N. REYBURN

Debtor

Chapter 11
Case No. 09-20683-FJB

## DEBTOR'S MOTION FOR CONTEMPT AND SANCTIONS AGAINST OCWEN LOAN SERVICING, LLC

Eric N. Reyburn (the "Debtor"), through his counsel Michael Van Dam ("Counsel") files this Motion for Contempt and Sanctions against Ocwen Loan Servicing, LLC for its failure to comply with the order confirming the Debtor's Chapter 11 Plan. In support of the relief requested in the Motion, the Debtor respectfully represents as follows:

## FACTUAL ALLEGATIONS

1. The Debtor filed this case on November 4, 2009 (the "Filing Date").

2. The First Amended Chapter 11 Plan was confirmed on June 20, 2011 (See "Order" at Docket 720).

3. As of this filing, Ocwen Loan Servicing ("Ocwen") purports to hold and or services the loans/mortgages on the Debtor's following properties listed on Exhibit A attached hereto.

4. Ocwen, and, if applicable, its predecessor continue to compute the loan under the pre-confirmation contractual terms. There is no doubt that the Ocwen is in contempt of the Order. For example,

141 Fayerweather Street - maturity date incorrect, principal balance incorrect (note has been accelerated and Servicemembers petition filed by Korde & Associates)

39 Porter Street - interest rate incorrect, principal balance incorrect

2 Inman Place - interest rate incorrect, maturity date incorrect

59-61 Elm Street - interest rate incorrect, maturity date incorrect

9-11 Hazel - maturity date incorrect

204 Garden Street - maturity date incorrect, principal balance incorrect, interest rate incorrect.

The Debtor attaches loan statements regarding the aforementioned loans as Exhibit B.  Further, the Debtor assumes any other loans held by Ocwen are also incorrect.

**RELIEF REQUESTED AND BASIS THEREFOR**

5. Ocwen's failure to abide by the Order has caused the Debtor significant problems. The Debtor has spent hours on end attempting to resolve this without Court intervention.  The Debtor has from the outset of confirmation attempted to pay Ocwen, however, it sends back the payment(s).

6. By this Motion, the Debtor requests that this Court enter an Order pursuant to section 105(a) of the Bankruptcy Code and rule 9020 of the Federal Rules of Bankruptcy Procedure: (1) holding that Ocwen is in civil contempt for having failed to abide by the Order; (2) allowing Ocwen to cure the contempt by immediately updating its records to reflect the parameters outlined in the Plan; (3) reimbursement of the Debtor's legal fees and costs; and (4) reimbursement of

filing fees along with fees due to the United States Trustee incurred while the case remains open (5) reimburse the Debtor for his time and expense; and (6) any other relief, including punitive damages, this Honorable Court deems just and proper.

WHEREFORE, the Debtor requests relief as requested herein.

Eric Reyburn
By his attorney,


/s/ Michael Van Dam
Michael Van Dam, Esq. BBO# 653979
Van Dam Law LLP
233 Needham Street
Newton, MA 02464
Tel: 617-969-2900
mvandam@vandamlawllop.com


Dated: February 2, 2017

| Exhibit A | | | | | |
|---|---|---|---|---|---|
| number | street | city | Original Creditor | Class | Current Creditor |
| 29-31 | Blanchard Road | Cambridge, MA | Deutsche Bank National T | 5 | Ocwen Loan Servicing, LLC |
| 59-61 | Elm Street | Cambridge, MA | Wells Fargo Bank, N.A. | 8 | Ocwen Loan Servicing, LLC |
| 141 | Fayerweather Street | Cambridge, MA | Deutsche Bank National T | 10 | Ocwen Loan Servicing, LLC |
| 204 | Garden Street | Cambridge, MA | Deutsche Bank National T | 9 | Ocwen Loan Servicing, LLC |
| 206 | Garden Street | Cambridge, MA | BAC Home Loans Servici | 16 | Nationstar |
| 9-11 | Hazel Street | Cambridge, MA | GMAC Mortgage, LLC | 12 | Ocwen Loan Servicing, LLC |
| 2 | Inman Place | Cambridge, MA | US Bank, National Associ | 7 | Ocwen Loan Servicing, LLC |
| 48-50 | Magoun Street | Cambridge, MA | HSBC Bank USA, N.A. | 15 | Ocwen Loan Servicing, LLC |
| 37-39 | Porter Road | Cambridge, MA | One West Bank, F.S.B. | 23 | Ocwen Loan Servicing, LLC |

# Exhibit B



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

October 27, 2016

Eric N. Reyburn
204 Garden Street
Cambridge, MA 02138

Certified Article Number
9414 7266 9904 2085 2022 06
SENDERS RECORD

Our File No. 09-055949

Dear Sir/Madam:

Please be advised that this office represents Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT3, Asset-Backed Certificates, Series 2006-OPT3 (Holder) the present holder of your mortgage to Option One Mortgage Corporation, dated February 17, 2006 in the original principal amount of $664,000.00. The Holder has brought to our attention your delinquent mortgage account regarding the property located at 141 Fayerweather Street, Cambridge, MA 02138. You are hereby notified that the Holder hereby elects to accelerate the entire indebtedness and declares the entire balance due and payable forthwith and without further notice. Our client has advised that as of November 1, 2016, the amount of the debt is $685,959.48. Please note that because interest and other charges continue to accrue pursuant to the terms of the loan documents, the above figure is subject to change. If you would like a payoff statement on your loan, please contact the undersigned.

You are hereby further notified that it is the intention of the Holder to foreclose said Mortgage under the Power of Sale for breach of the conditions of the loan documents.

Please be advised that the amount necessary to reinstate or pay off your loan changes daily. Therefore, if you desire to reinstate or pay off your loan, please contact this office and it will obtain the amount necessary to reinstate or pay off your loan. Please also be advised, however, that the Holder reserves its right, if allowed by the loan documents and applicable law, to refuse to accept a reinstatement and to insist upon full payment of all amounts due.

UNLESS YOU NOTIFY THIS OFFICE WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL YOU A COPY OF SUCH VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THAT YOU HAVE THIRTY (30) DAYS TO NOTIFY THIS OFFICE OF A DISPUTE AS TO THE VALIDITY OF ALL OR ANY PORTION OF THE DEBT MAY NOT PREVENT THIS OFFICE FROM FILING A COMPLAINT TO FORECLOSE MORTGAGE WITHIN THAT TIME.

IF HOWEVER, YOU REQUEST IN WRITING PROOF OF THE DEBT OR ANY PORTION THEREOF OR IF YOU REQUEST THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR WITHIN THE THIRTY (30) DAYS FROM THE DATE YOU RECEIVE THIS LETTER, THE FAIR DEBT COLLECTION PRACTICES ACT REQUIRES US TO SUSPEND OUR EFFORTS TO FORECLOSURE THE MORTGAGE ON YOUR PROPERTY, EVEN IF WE HAVE ALREADY INITIATED FORECLOSURE PROCEEDINGS, UNTIL WE MAIL YOU THE REQUESTED INFORMATION.

PLEASE BE ADVISED THAT THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

If you (1) did not execute the Promissory Note relating to this mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.

Sincerely,

Timothy A. French
TAF/cc

900 CHELMSFORD STREET, SUITE 3102, LOWELL, MASSACHUSETTS 01851
PHONE: 978-256-1500 / FAX: 978-256-7615
HOURS OF OPERATION: 8:30AM – 5:30PM, EST MONDAY THRU FRIDAY

09-055949 / FC01

141 Fayerweather –

(SEAL)

COMMONWEALTH OF MASSACHUSETTS

LAND COURT

DEPARTMENT OF THE TRIAL COURT

LAND COURT
FILED

16 OCT 25 AM 11: 31

16 SM 010314

### ORDER OF NOTICE

TO:

Eric N. Reyburn, Individually and as Trustee of 141 Fayerweather Street Realty Trust

and to all persons entitled to the benefit of the Servicemembers Civil Relief Act, 50 U.S.C. App. § 501 et. Seq.:

Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT3, Asset-Backed Certificates, Series 2006-OPT3

claiming to have an interest in a Mortgage covering real property in Cambridge, numbered 141 Fayerweather Street, given by Eric N. Reyburn to Option One Mortgage Corporation, dated February 17, 2006, and recorded in Middlesex County (Southern District) Registry of Deeds in Book 46988, Page 144, and now held by the Plaintiff by assignment, has/have filed with this court a complaint for determination of Defendant's/Defendants' Servicemembers status.

If you now are, or recently have been, in the active military service of the United States of America, then you may be entitled to the benefits of the Servicemembers Civil Relief Act. If you object to a foreclosure of the above-mentioned property on that basis, then you or your attorney must file a written appearance and answer in this court at Three Pemberton Square, Boston, MA 02108 on or before JAN 0 2 2017 or you will be forever barred from claiming that you are entitled to the benefits of said Act.

Witness, JUDITH C. CUTLER Chief Justice of said Court on NOV 1 8 2016

Attest:

A TRUE COPY
ATTEST:
Deborah J. Patterson
RECORDER

Deborah J. Patterson
Recorder

09-055949 FC01

141 Fayerweather,



**OCWEN**

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

**Mortgage Account Statement**

ERIC N REYBURN
204 GARDEN ST
CAMBRIDGE MA 02138-1258

*Claws to Foreclosure* (handwritten)

| Property Address | 141 Fayerweather St |
|---|---|
| | Cambridge, MA 02138 |

| Statement Date | 11/17/16 |
|---|---|
| Account Number | [redacted] |
| Due Date | Due Now |
| Amount Due | $687,856.19 |

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-317-7661 |

### Account Information

| | |
|---|---|
| Principal Balance* | $649,637.51 |
| Maturity Date | March 1, 2036 |
| Interest Rate | 4.25000% |
| Prepayment Penalty | No |

*This is the Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $649,637.51 |
| Interest | $38,116.59 |
| Fees/Other Charges (Since Last Statement) | $592.92 |
| Past Due Fees/Other Charges | $885.83 |
| Unapplied Funds** | -$1,376.66 |
| **Total Amount Due** | **$687,856.19** |
| *Alternative Payment – Reinstatement* | |
| Reinstatement amount (as of 11/17/16) | $55,199.37 |

### Activity Since Last Statement (10/17/16 to 11/17/16)

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/16 | | Charge - Title Report Fee | -$325.00 | | | | | | -$325.00 | |
| 11/02/16 | | Charge - Filing Fee Complaint | -$255.00 | | | | | | -$255.00 | |
| 11/02/16 | | Charge - Service of Process | -$12.92 | | | | | | -$12.92 | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $2,273.48 |
| Escrow (Taxes & Insurance) | $.00 | $4,613.68 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $1,376.66 |
| Total | $.00 | $8,263.82 |

### Special Notices

### Important News

**Unapplied Funds:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only. Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

Tax season is right around the corner. Please visit OCWEN's website at www.ocwencustomers.com to verify the social security number on file for your loan.

Your loan has been accelerated (the past due balance, all fees, and your remaining principal balance is now due in full). This statement is not considered a payoff quote -- you are still responsible for any additional fees and expenses that post to your account after the statement date. Any funds in your escrow account remain in the account, and have not been applied to your amount due. Once the accelerated amount

141, P.1 (handwritten)



**OCWEN**

www.ocwencustomers.com

11/3/16 4:29 PM 3  0000184 20161118 LK6A5103 OCWSTMT 1 oz DOM LK6A510000* 146951 MS

ERIC N REYBURN
204 GARDEN ST
CAMBRIDGE MA  02138-1258



Class 23   FORECLOSURE

| Property Address | 39 Porter Rd<br>Cambridge, MA 02140 |
|---|---|
| Statement Date | 11/17/16 |
| Account Number | |
| Due Date | Due Now |
| Amount Due | $992,794.61 |
| Customer Care | 800-746-2936 |
| Insurance | 866-317-7661 |

### Account Information

| | |
|---|---|
| Principal Balance* | $870,438.84 |
|   Regular Principal Balance | $715,443.94 |
|   Deferred Principal Balance | $154,994.90 |
| Escrow Balance | -$20,651.13 |
| Maturity Date | July 1, 2041 |
| Interest Rate | 5.00000% |
| Prepayment Penalty | No |

\* This is the Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $870,438.84 |
| Interest | $100,062.90 |
| Escrow Advance | $20,651.13 |
| Fees/Other Charges (Since Last Statement) | $325.00 |
| Past Due Fees/Other Charges | $1,996.61 |
| Unapplied Funds** | -$679.87 |
| **Total Amount Due** | **$992,794.61** |
| *Alternative Payment -- Reinstatement* | |
| Reinstatement amount (as of 11/17/16) | $157,378.31 |

### Activity Since Last Statement (10/17/16 to 11/17/16)

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/ Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/16 | | Charge - Title Report Fee | -$325.00 | | | | | | -$325.00 | |
| 10/31/16 | 10/31/16 | Tax Disbursement CAMBRIDGE CITY - TAX COLLECTOR | -$3304.88 | | | -$3304.88 | | | | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $679.87 |
| Total | $.00 | $679.87 |

### Special Notices

### Important News

**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only. Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.
Tax season is right around the corner. Please visit OCWEN's website at www.ocwencustomers.com to verify the social security number on file for your loan.
Your loan has been accelerated (the past due balance, all fees, and your remaining principal balance is now due in full). This statement is not considered a payoff quote -- you are still responsible for any additional fees and expenses that post to your account after the statement date. Any funds in your escrow account remain in the account, and have not been applied to your amount due. Once the accelerated amount

See reverse side for important information and state specific disclosures.



39 Port r



OCWEN
Ocwen Loan Servicing
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

Mortgage Account Statement

11/3/16 4:29 PM 3  0009164 20151118 LK6A3105 OCWSTMT 2 oz DOM LK6A310000* 146951 MS

ERIC N REYBURN
204 GARDEN ST
CAMBRIDGE MA  02138-1258

c/6/11?     FORECLOSURE

| Property Address | 31 Blanchard Rd Cambridge, MA 02138 |
|---|---|
| Statement Date | 11/17/16 |
| Account Number | ███████ |
| Payment Due Date | 12/01/16 |
| Amount Due | $114,404.88 |

If payment is received after 12/16/16, a $75.59 late fee will be charged.

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-317-7661 |

### Account Information

| | |
|---|---:|
| Principal Balance* | $375,460.43 |
| Escrow Balance | $23,775.01 |
| Maturity Date | September 1, 2036 |
| Interest Rate | 6.00000% |
| Prepayment Penalty | No |

\* This is the Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
|---|---:|
| Principal | $768.85 |
| Interest | $1,750.94 |
| Escrow | $1,002.26 |
| **Total Regular Payment** | **$3,522.05** |
| Past Due Payment(s) Amount | $127,096.16 |
| Fees/Other Charges | $88.84 |
| Unapplied Funds** | -$16,302.17 |
| **Total Amount Due** | **$114,404.88** |

### Activity Since Last Statement (10/17/16 to 11/17/16)

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
|---|---|---|---:|---|---|---:|---|---|---:|---:|
| 10/19/16 | | Charge - Property Inspection Fee | -$13.25 | | | | | | -$13.25 | |
| 10/20/16 | 10/15/16 | Suspense Payment | $2110.09 | | | | | | | $2110.09 |
| 10/25/16 | 10/25/16 | Insurance Disbursement MORTGAGE GUARANTY INS CORP | -$59.50 | | | -$59.50 | | | | |
| 10/31/16 | 10/31/16 | Tax Disbursement CAMBRIDGE CITY - TAX COLLECTOR | -$2895.44 | | | -$2895.44 | | | | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---:|---:|
| Principal | $.00 | $1,275.40 |
| Interest | $.00 | $3,764.18 |
| Escrow (Taxes & Insurance) | $.00 | $2,004.52 |
| Fees/Other Charges | $.00 | $79.50 |
| Unapplied Funds** | $2,110.09 | $16,302.17 |
| Total | $2,110.09 | $23,425.77 |

### Special Notices

### Important News

**\*\*Unapplied Funds:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

Tax season is right around the corner. Please visit OCWEN's website at www.ocwencustomers.com to verify the social security number on file for your loan.

If you have any questions about your loan, please call 1-800-746-2936 and ask to set up an appointment with James Darthard, your relationship manager, or schedule an appointment at www.ocwencustomers.com.

25-31 Blanchard



**OCWEN**

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

11/3/16 4:23 PM 3  0009165 20161118 LKEA3106 OCWSTMT 2 oz DOM LKEA310000* 146551 MS

ERIC N REYBURN
204 GARDEN ST
CAMBRIDGE MA  02138-1258

*day 7  FORECLOSURE*

| | |
|---|---|
| Property Address | 2 Inman Pl<br>Cambridge, MA 02139 |
| Statement Date | 11/17/16 |
| Account Number | |
| Payment Due Date | 12/01/16 |
| Amount Due | $60,464.79 |
| If payment is received after 12/16/16, a $89.79 late fee will be charged. | |
| Customer Care | 800-746-2936 |
| Insurance | 866-317-7661 |

| Account Information | | Explanation of Amount Due | |
|---|---|---|---|
| Principal Balance* | $509,637.78 | Principal | $822.07 |
| Escrow Balance | $2,079.00 | Interest | $2,170.87 |
| Maturity Date | June 1, 2036 | Escrow | $467.19 |
| Interest Rate | 5.25000% | Total Regular Payment | $3,460.13 |
| Prepayment Penalty | No | Past Due Payment(s) Amount | $58,832.52 |
| | | Unapplied Funds** | -$1,827.86 |
| | | Total Amount Due | $60,464.79 |

* This is the Principal Balance only, not the amount required to pay the loan in full.

### Activity Since Last Statement (10/17/16 to 11/17/16)

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/16 | 10/31/16 | Tax Disbursement CAMBRIDGE CITY - TAX COLLECTOR | -$3008.41 | | | -$3008.41 | | | | |

| Past Payments Breakdown | | |
|---|---|---|
| | Paid Since Last Statement | Paid Year to Date |
| Principal | $.00 | $3,019.99 |
| Interest | $.00 | $8,951.77 |
| Escrow (Taxes & Insurance) | $.00 | $3,646.00 |
| Fees/Other Charges | $.00 | $381.06 |
| Unapplied Funds** | $.00 | $1,827.86 |
| Total | $.00 | $17,826.68 |

**Special Notices**

### Important News

**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.
Tax season is right around the corner. Please visit OCWEN's website at www.ocwencustomers.com to verify the social security number on file for your loan.
If you have any questions about your loan, please call 1-800-746-2936 and ask to set up an appointment with William Strong, your relationship manager, or schedule an appointment at www.ocwencustomers.com.



*2 Inman*



**OCWEN**

PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

11/3/16 4:29 PM 3  0009166 20161118 LK6A3106 OCWSTMT 2 oz DOM LK6A310000* 146951 NS

ERIC N REYBURN
204 GARDEN ST
CAMBRIDGE MA  02138-1258

*C(aw) & FORECLOSURE* (handwritten)

| Property Address | 59-61 Elm St |
| --- | --- |
| | Cambridge, MA 02139 |

| Statement Date | 11/17/16 |
| --- | --- |
| Account Number | ▓▓▓▓ |
| Payment Due Date | 12/01/16 |
| **Amount Due** | **$28,478.59** |

*If payment is received after 12/16/16, a $86.07 late fee will be charged.*

| Customer Care | 800-746-2936 |
| --- | --- |
| Insurance | 866-317-7661 |

### Account Information

| | |
| --- | ---: |
| Principal Balance* | $507,556.37 |
| Maturity Date | June 1, 2036 |
| Interest Rate | 4.75000% |
| Prepayment Penalty | No |

*This is the Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
| --- | ---: |
| Principal | $891.11 |
| Interest | $1,977.95 |
| **Total Regular Payment** | **$2,869.06** |
| Past Due Payment(s) Amount | $25,944.11 |
| Fees/Other Charges | $13.25 |
| Unapplied Funds** | -$347.83 |
| **Total Amount Due** | **$28,478.59** |

### Activity Since Last Statement (10/17/16 to 11/17/16)

How Payments & Charges were Applied

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10/19/16 | | Charge - Property Inspection Fee | -$13.25 | | | | | | -$13.25 | |

*F01* (handwritten)

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
| --- | ---: | ---: |
| Principal | $.00 | $5,928.51 |
| Interest | $.00 | $14,154.91 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $194.80 |
| Unapplied Funds** | $.00 | $347.83 |
| Total | $.00 | $20,626.05 |

### Special Notices

### Important News

**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.
Tax season is right around the corner. Please visit OCWEN's website at www.ocwencustomers.com to verify the social security number on file for your loan.
If you have any questions about your loan, please call 1-800-746-2936 and ask to set up an appointment with Keanndre Gragg, your relationship manager, or schedule an appointment at www.ocwencustomers.com.

*59-61 Elm* (handwritten)



**OCWEN**

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

### Mortgage Account Statement

11/3/16 4:29 PM 3   C000053 20161118 LKEA6102 OCWSTMT 1 of DOM LKEA610000* 146951 MS

ERIC N REYBURN
204 GARDEN ST
CAMBRIDGE MA 02138-1258

(w) 12  FORECLOSURE

| Property Address | 9-11 Hazel St Cambridge, MA 02138 |
|---|---|
| Statement Date | 11/17/16 |
| Account Number | ███████8 |
| Due Date | Due Now |
| Amount Due | $545,384.22 |
| Customer Care | 800-746-2936 |
| Insurance | 866-317-7661 |

### Account Information

| | |
|---|---|
| Principal Balance* | $495,276.60 |
| Escrow Balance | -$10,872.20 |
| Maturity Date | November 1, 2036 |
| Interest Rate | 4.50000% |
| Prepayment Penalty | No |

*This is the Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $495,276.60 |
| Interest | $37,309.93 |
| Escrow Advance | $10,872.20 |
| Fees/Other Charges (Since Last Statement) | $949.56 |
| Past Due Fees/Other Charges | $3,170.32 |
| Unapplied Funds** | -$2,194.39 |
| **Total Amount Due** | **$545,384.22** |
| *Alternative Payment – Reinstatement* | |
| Reinstatement amount (as of 11/17/16) | $71,319.37 |

### Activity Since Last Statement (10/17/16 to 11/17/16)

How Payments & Charges were Applied

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/16 | | Charge - Publication of Process | -$253.80 | | | | | | -$253.80 | |
| 10/28/16 | | Charge - Tax Certificate | -$25.00 | | | | | | -$25.00 | |
| 10/28/16 | | Charge - Service of Process | -$20.01 | | | | | | -$20.01 | |
| 10/31/16 | 10/31/16 | Tax Disbursement CAMBRIDGE CITY - TAX COLLECTOR | -$2868.37 | | | -$2868.37 | | | | |
| 10/31/16 | | Charge - FC Thru Complaint | -$637.50 | | | | | | -$637.50 | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $2,194.39 |
| Total | $.00 | $2,194.39 |

### Special Notices

### Important News

**Unapplied Funds:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only.
Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.
Tax season is right around the corner. Please visit OCWEN's website at www.ocwencustomers.com to verify the social security number on file for your loan.
Your loan has been accelerated (the past due balance, all fees, and your remaining principal balance is now due in full). This statement is not considered a payoff quote – you are still responsible for any additional fees and expenses that post to your account after the statement date. Any funds in your escrow account remain in the account, and have not been applied to your amount due. Once the accelerated amount

9-11 Hazel



Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

OCWEN

www.ocwencustomers.com

11/3/16 4:29 PM3  0009548 20161112 LK4AL10G OCW/STMT 2 oz DOM LK4AL10000* 146951 MS

ERIC N REYBURN
204 GARDEN ST
CAMBRIDGE MA  02138-1258

*Claim Not Correct of Arrears* (handwritten)

| | |
|---|---|
| Property Address | 204 Garden St<br>Cambridge, MA 02138-1258 |
| Statement Date | 11/11/16 |
| Account Number | [redacted] |
| Payment Due Date | 12/01/16 |
| Amount Due | $8,438.50 |

*If payment is received after 12/16/16, a $82.83 late fee will be charged.*

| | |
|---|---|
| Customer Care | 800-746-2936 |
| Insurance | 866-317-7661 |

### Account Information

| | |
|---|---|
| Principal Balance* | $459,253.63 |
| Maturity Date | May 1, 2037 |
| Interest Rate | 5.25000% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $758.38 |
| Interest | $2,002.64 |
| Total Regular Payment | $2,761.02 |
| Past Due Payment(s) Amount | $5,831.32 |
| Unapplied Funds** | -$153.84 |
| Total Amount Due | $8,438.50 |

\* This is the Principal Balance only, not the amount required to pay the loan in full.

### Activity Since Last Statement (10/18/16 to 11/11/16)

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/16 | 11/09/16 | Payment | $2731.02 | $748.51 | $2012.51 | | | | | -$30.00 |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $748.51 | $8,056.60 |
| Interest | $2,012.51 | $22,314.62 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $-30.00 | $153.84 |
| Total | $2,731.02 | $30,525.06 |

### Special Notices

### Important News

**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.
Tax season is right around the corner. Please visit OCWEN's website at www.ocwencustomers.com to verify the social security number on file for your loan.
If you have any questions about your loan, please call 1-800-746-2936 and ask to set up an appointment with Kennadra Foster, your relationship manager, or schedule an appointment at www.ocwencustomers.com.

See reverse side for important information and state specific disclosures.

