UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION

| | | |
|---|---|---|
| | ) | |
| In Re: | ) | Chapter 11 |
| ERIC N. REYBURN | ) | Case No. 09-20683-FJB |
| Debtor | ) | |
| | ) | |

MOTION OF DEBTOR TO REOPEN CASE
AND REQUEST FOR EXPEDITED CONSIDERATION

To the Honorable Frank J. Bailey, Bankruptcy Judge:

Eric N. Reyburn, files this Motion to Reopen Case for the limited purpose of pursuing contempt action(s) for failure of certain creditors to abide by the confirmation order issued by this Court.

Expedited consideration of the Motion is requested so that the Motion for Contempt can be filed.

WHEREFORE, the Debtor respectfully requests, after expedited consideration, that this Court enter an order reopening the above captioned case and that the Debtor have such other and further relief as is just.

Eric N. Reyburn
By his Counsel,

Dated: April 26, 2018

/s/Gary W. Cruickshank, Esq.
21 Custom House Street
Suite 920
Boston, MA 02110
(617) 330-1960
gwc@cruickshank-law.com
(BBO107600)

CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that on April 26, 2018, I electronically filed with the Clerk of the Bankruptcy Court, the attached Motion and served same in the following manner upon the interested parties:

E-mail service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **John Fitzgerald** USTPRegion01.BO.ECF@USDOJ.GOV
- **Marcus Pratt** mpratt@kordeassoc.com
- **William J. Amann** wamann@ba-lawgroup.com
- **Samuel Adams Aylesworth** saylesworth@cambridgema.gov
- **Amy N Azza** bankruptcy@orlansmoran.com;anhsom@gmail.com;
- anhsom@earthlink.net
- **Eric K. Bradford** Eric.K.Bradford@USDOJ.gov
- **Paul W. Carey** pcarey@mirickoconnell.com,
- bankrupt@mirickoconnell.com
- **Catherine V. Eastwood** bankruptcy@kordeassoc.com
- **Jason Giguere** mabk@harmonlaw.com, mabk@harmonlaw.com
- **Jeffrey J. Hardiman** bkecf@bmpc-law.com
- **Deirdre M. Keady** mabk@harmonlaw.com
- **Mitchell J. Levine** mlevine@nairlervin.com
- **Amy Lee Lipman-White** lipmanwhite@msn.com
- **Walter M. Lupan** wmlupan@gmllaw.com
- **Ann Marie Maccarone** am@psh.com
- **Robert L. Marder** rmarderbank@rmarderlaw.com
- **Martin A. Mooney** tshariff@schillerknapp.com
- **Paul J. Mulligan** bankruptcy@orlansmoran.com
- **Stephen G. Murphy** murphys@dor.state.ma.us
- **A. Rebecca Murray** mabk@harmonlaw.com, mabk@harmonlaw.com
- **Julie A. Ranieri** bankruptcy@kordeassoc.com
- **Jeana K. Reinbold** jeana.reinbold@gmail.com
- **Daniel P. Ryan** Daniel.p.ryan@irscounsel.treas.gov
- **Andrew Shabshelowitz** shamban.estate@yahoo.com
- **Michael Van Dam** mvandam@vandamlawllp.com
- **Rian Vernon** mabk@harmonlaw.com
- **Paul F. Vozella** pfvoz@aol.com
- **Jordan Wilcox** bankrkuptcy@orlanmoran.com

And by regular United States mail, postage prepaid upon the following:

**America's Servicing Company**
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

**Robert Fitzgerald**
Appraisals Plus, Inc.
322 King Street
Raynham, MA 02767

**H&R Block Bank**
c/o Prober & Raphael
20750 Ventura Blvd, Suite 100
attn: Dean R. Prober
Woodland Hills, CA 91364

**A. Michelle Hart**
1544 Old Alabama Rd.
Bankruptcy Dept
Roswell, GA 30076

**Litton Loan Servicing, LP**
P.O. Box 829009
Dallas, TX 75382-9009

**Joe M. Lozano**
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

**Mark Nihan**
Burke and Company
481 Main Street
Stoneham, MA 02180

**Elizabeth W. Shealy**
Salter McGowan Sylvia & Leonard
321 South Main Street
Suite 301
Providence, RI 02903

**Specialized Loan Servicing, LLC**
c/o Prober & Raphael
20750 Ventura Blvd, Ste 100
Woodland Hills, Ca 91364

**Roman M. Zotman**
5 Alden Road
Swampscott, MA 01907

And to all creditors on the annexed list via regular United States mail, postage prepaid.

/s/Gary W. Cruickshank, Esq.

**Allison Haley & Timothy Hill**
c/o Mark Haley, Esq.
395 Danforth Street
Portland, ME 04102

**Allison Haley & Timothy Hill**
25 Griswold Street
Cambridge, MA 02138

**America's Servicing Company**
Bankruptcy Department
3476 Stateview Blvd
Fort Mill, SC 29715

**AMERICA'S SERVICING COMPANY**
P.O. BOX 10388
DES MOINES, IA 50306

**AMERICAN HOME MORTGAGE**
P.O. BOX 631730
IRVING, TX 75063

**AMERICAN HOME MORTGAGE SERVICING,INC.**
1525 S. Beltline Road, Suite 100 N
Coppell, Texas 75019

**AMERICAN HOME MORTGAGE SERVICING,INC.**
1525 S. Beltline Road, Suite 100 N
Coppell, Texas 75019

**American Honda Finance Corporation**
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

**BAC Home Loans Servicing, LP**
7105 Corporate Drive
PTX-B-35
Plano, TX 75024

**BAC Home Loans Servicing, LP**
1757 Tapo Canyon Road
Mail Stop: CA6-913-LB-11
Simi Valley, CA 93063

**BANK OF AMERICA**
P.O. BOX 5170
SIMI VALLEY, CA 93062

**BANK OF AMERICA**
P.O. BOX 660576
DALLAS, TX 75266

**BANK OF AMERICA**
P.O. BOX 2864
TRANSACTION PROCESSING
CT2-515-BB-12
HARTFORD, CT 06101

**BANK OF AMERICA HOME LOANS**
P.O. BOX 5170
SIMI VALLEY, CA 93062

**BANK OF AMERICA VISA**
P.O. BOX 15710
WILMINGTON, DE 19886

**Bank of America, N.A.**
RI1-102-15-01
111 Westminster Street
Providence, RI 02903

**BENDETT AND MCHUGH, PC**
160 FARMINGTON AVENUE
FARMINGTON, CT 06032

**Cambridge Savings Bank**
Business Checking
1374 Massachusetts Avenue
Cambridge, MA 02138

**Cambridge Savings Bank**
Personal Account
1374 Massachusetts Avenue
Cambridge, MA 02138

**Capital One**
General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130

**CAPITAL ONE BANK USA, N.A.**
BY AMERICAN INFOSOURCE LP AS AGENT
PO Box 71083
Charlotte, NC 28272-1083

**Century Bank**
Business Account
P.O. Box 9102
Medford, MA 02155

**Century Bank and Trust Company**
400 Mystic Avenue
Medford, MA 02155

**CHASE AMAZON VISA**
P.O. BOX 151523
WILMINGTON, DE 19886

**Chase Bank USA, N.A.**
PO Box 15145
Wilmington, DE 19850-5145

**CHASE BUSINESS VISA**
P.O. BOX 151523
WILMINGTON, DE 19886

**CHASE VISA**
P.O. BOX 151523
WILMINGTON, DE 19886

**CHRYSLER FINANCIAL**
P.O. BOX 9001921
LOUISVILLE, KY 40290

**Chrysler Financial Services**
Trustee Payment Dept.
P.O. Box 9001897
Louisville, Kentucky 40290-1897

**City of Cambridge**
795 Massachusetts Avenue
Cambridge, MA 02139

**City of Cambridge**
Water Department
P.O. Box 399142
Cambridge, MA 02139

**City of Cambridge**
Attn: Louis DePasquale
Finance Department
795 Mass Avenue
Cambridge, MA 02139

**City of Somerville**
Office of Tax Collector
P.O. Box 197
Somerville, MA 02143

**County National Bank**
P.O. Box 42
1 South Second Street
Clearfield, PA 16830

**Deutsche Bank National Trust Company**
c/o OneWest Bank, FSB
888 East Walnut Street
Pasadena, CA 91101

**Deutsche Bank National Trust Company, as Trustee**

**DISCOVER BANK**
DFS Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

**DISCOVER CARD**
P.O. BOX 30943
SALT LAKE CITY, UT 84130

**E*Trade Bank**
c/o Specialized Loan Servicing, LLC
P. O. Box 266005
Littleton, CO 80163-6005

**FIA CARD SERVICES, NA AS SUCCESSOR IN INTEREST TO**
BANK OF AMERICA, NA AND MBNA AMERICA BAN
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713

**First Equity Card**
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, TX 75374

**FIRST EQUITY VISA**
P.O. BOX 23029
COLUMBUS, GA 31902

**GMAC MORTGAGE**
P.O. BOX 4622
WATERLOO, IA 50704

**GMAC MORTGAGE, LLC**
C/O ORLANS MORAN PLLC
P.O. BOX 962169
BOSTON, MA 02196

**GMAC Mortgage, LLC**
3451 Hammond Avenue
Waterloo, IA 50702

**GMAC Mortgage, LLC**
3451 Hammond Avenue
Waterloo, IA 50702

**GMAC Mortgage, LLC**
3451 Hammond Avenue
Waterloo, IA 50702

**GMAC Mortgage, LLC**
3451 Hammond Avenue
Waterloo, IA 50702

**H&R Block Bank**
c/o BAC Home Loans Servicing, LP
7105 Corporate Drive
PTX-B-35
Plano, TX 75024

**H&R BLOCK MORTGAGE**
MSN SV-26B
P.O. BOX 10229
VAN NUYS, CA 91410

**HOME DEPOT CREDIT SERVICES**
P.O. BOX 653000
DALLAS, TX 75265

**HOME DEPOT CREDIT SERVICES**
P.O. BOX 689147
DES MOINES, IA 50368

**HOME DEPOT CREDIT SERVICES**
P.O. BOX 6029
THE LAKES, NV 88901

**HOMECOMINGS FINANCIAL**
P.O. BOX 205
WATERLOO, IA 50704

**Homecomings Financial, LLC**
c/o Specialized Loan Servicing, LLC
8742 Lucent Boulevard, Suite #500
Highlands Ranch, CO 80129

**Honda Financial Services**
600 Kelly Way
Holyoke, MA 01040

**HSBC Bank USA, NA as Trustee**
c/o BAC Home Loans Servicing, LP
7105 Corporate Drive, PTX-35C
Plano, TX 75024

**HSBC Bank USA, National Association as Trustee**
c/o Midland Mortgage
999 NW Grand Blvd., Suite 100
Oklahoma City, OK 73118

**INDYMAC BANK**
P.O. BOX 78826
PHOENIX, AZ 85062

**IRS**
PO BOX 9112
JFK BLDG
BOSTON MA 02203
STOP 20800

**John Giles**
5604 Wildbrook Drive
St. Louis, MO 63124

**John Giles Plastering**
8 Ranger Road
Natick, MA 01760

**LITTON LOAN SERVICING**
4828 LOOP CENTRAL DRIVE
HOUSTON, TX 77081

**Litton Loan Servicing, L.P.**
Bankruptcy Department
4828 Loop Central Drive
Houston, TX 77081-2226

**Litton Loan Servicing, LP.**
PO BOX 829009
Dallas, TX 75382

**LOWES BUSINESS ACCOUNT**
P.O. BOX 981084
EL PASO, TX 79998

**M&I Bank FSB**
Attn: Retail Collections BRK-180-RC
770 N. Water Street
Milwaukee, WI 53202-3593
Swift Financial / M&I Bank FSB

**Massachusetts Department of Revenue**
Bankrutpcy Unit
P.O. Box 9564
Boston, MA 02114

**MIDLAND MORTGAGE**
P.O. BOX 26648
OKLAHOMA CITY, OK 73126

**NATIONAL CITY**
P.O. BOX 856176
LOUISVILLE, KY 40285

**Ocwen Loan Servicing, LLC**
PO Box 24781
Attn: Cashiering Dept.
West Palm Beach, FL 33416-4781

**PayPal Plus Mastercard**
P.O. Box 960080
Orlando, FL 32896

**Recovery Management Systems Corporation**
For GE Money Bank
dba PAYPAL PLUS CREDIT
25 SE 2nd Ave Ste 1120
Miami FL 33131

**Recovery Management Systems Corporation**
For GE Money Bank
dba LOWES BRC
25 SE 2nd Ave Ste 1120
Miami FL 33131

**Residential Credit Solutions**
422 N Freeway
Ft Worth, TX 76137

**RICHARD J. VOLPE, ESQ.**
BENDETT & MCHUGH
160 FARMINGTON AVENUE
FARMINGTON, CT 06032

**SAXON MORTGAGE SERVICES**
P.O. BOX 163405
FORT WORTH, TX 76161

**Saxon Special Services**
1270 NORTHLAND DRIVE, SUITE 200
MENDOTA HEIGHTS, MINNESOTA 55120

**SOVEREIGN MASTERCARD**
FIA CARD SERVICES
P.O. BOX 15026
WILMINGTON, DE 19850

**SWIFT FINANCIAL**
P.O. BOX 3023
MILWAUKEE, WI 53201

**TD Bank N.A.**
Attn: Philip McCormack
P.O. Box 9547
Portland, ME 04112-9547

**TD Bank, N.A.**
c/o Walter M. Lupan, Esq.
Grassia, Murphy and Lupan, P.A.
5 Commonwealth Road
Natick, MA 01760

**TD BANKNORTH**
P.O. BOX 5600
LEWISTON, ME 04243

**Terwin Advisors LLC**
c/o Specialized Loan Servicing, LLC
8742 Lucent Blvd, Ste 500
Highlands Ranch, Co 80129

**WACHOVIA MORTGAGE**
P.O. BOX 659558
SAN ANTONIO, TX 78265-9558
ATTN: BANKRUPTCY DEPARTMENT

**WACHOVIA MORTGAGE**
P.O. BOX 659558
SAN ANTONIO, TX 78265-9558
ATTN: BANKRUPTCY DEPARTMENT

**WACHOVIA MORTGAGE**
P.O. BOX 659558
SAN ANTONIO, TX 78265

**Wells Fargo Bank, N.A.**
BDD Bankruptcy Dept MAC, s4101-08c
100 W. Washington St., Phoenix, AZ 85003

**Wells Fargo Bank, NA**
4101 Wiseman Blvd, T7416-023
San Antonio, TX 78251

**WELLS FARGO MASTER CARD**
P.O. BOX 348750
SACRAMENTO, CA 95834

**WELLS FARGO VISA**
P.O. BOX 348750
SACRAMENTO, CA 95834

**WILSHIRE CREDIT CORP.**
P.O. BOX 8517
PORTLAND, OR 97207

**WILSHIRE CREDIT CORPORATION**
P.O. BOX 8517
PORTLAND, OR 97207

**Wilshire Credit Corporation**
Attn: Bankruptcy
P.O. Box 1650
Portland, OR 97207